THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>                Plaintiff,<br><br>  v.<br><br>BURIEN NISSAN, *et al.*,<br><br>                Defendants. | CASE NO. C23-1291-JCC<br><br>ORDER OF DISMISSAL |

    *Pro se* Plaintiff, Cortez Daundre Jones, filed a complaint against Burien Nissan, *et al.*, alleging "470 – Burien Nissan Robbery & Terrorist Group of Cortez Daundre Jones After Running Human Trafficking/Gangstalking." (Dkt. No. 1-1.) Plaintiff seeks to proceed *in forma pauperis* (IFP). (Dkt. No. 1.)

    Under 28 U.S.C. § 1915(e), the Court must dismiss IFP complaints if "at any time" it is determined the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also id.* § 1915A(b)(1); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners).

    The Court has reviewed Plaintiff's complaint and DISMISSES it for two reasons. First, Plaintiff indicates the basis for this Court's jurisdiction is both a federal question (which is not identified) and diversity (but the parties are not diverse). Second, the complaint includes no factual allegations, other than a handwritten statement at the top of the complaint ("Priscill Islaba

1  opens up brand new businesses working for brand new car dealership after hacking & robbing
2  Cortez Daundre Jones"). (Dkt. No. 1-1.) These allegations do not set forth sufficient factual
3  matter to state a claim to relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 664
4  (2009). Labels and conclusions, lacking factual enhancement are insufficient. *Id.* The factual
5  allegations must be "enough to raise a right to relief above the speculative level." *Bell Atlantic*
6  *Corp. v. Twombly*, 550 U.S. 544, 555 (2007).
7      For the foregoing reasons, the complaint is DISMISSED without prejudice. This
8  dismissal renders consideration of IFP status moot.

       DATED this 1st day of September 2023.

                                      _____
                                      John C. Coughenour
                                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
C23-1291-JCC
PAGE - 2